```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         4:06CR3177
                               )
        v.                     )
                               )
SILVIA OCHOA-GONZALEZ,         )            ORDER
                               )
               Defendant.      )
                               )
```

The court has continued the deadline for filing pretrial motions until February 20, 2007.  Accordingly,

IT IS ORDERED:  The trial of this case, currently scheduled for February 20, 2007, is continued.  The trial will be rescheduled after February 20, 2007 and the resolution of any pretrial motions which may be filed.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge