```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )            4:06CR3177
        v.                      )
                                )
SILVIA OCHOA-GONZALEZ,          )
                                )              ORDER
            Defendant.          )
                                )

Upon the entry of a not guilty plea to the superseding indictment,

IT IS ORDERED:

1.  Trial remains as previously set at 9:00 a.m. on April 30, 2007 before the Honorable Richard G. Kopf, United States District Judge.

2.  Pretrial discovery shall be completed by April 6, 2007.

3.  Pretrial motions shall be filed by April 13, 2007.

DATED this 27th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge