```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3177 |
| v. | ) | |
| | ) | |
| SILVIA OCHOA-GONZALEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to continue trial, filing 31, is granted, and

1. Trial of this matter is continued to 9:00 a.m., August 6, 2007, for a duration of two days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between May 21, 2007 and August 6, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that two witnesses are unavailable, 18 U.S.C. 3161(h)(3)(A), **and** the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

DATED this 22nd day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge