IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SILVIA OCHOA-GONZALEZ,  )<br>  )<br>　　　　　Defendant.  ) | Case No. 4:06CR3177 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 33. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoena Duces Tecum *In Forma Pauperis*, the supporting Affidavit, Order and Subpoena under seal. The Clerk shall provide copies of the documents to attorney John C. Vanderslice and the United States Marshal.

DATED this 1st day of August, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge