```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3177 |
| v. | ) | |
| | ) | |
| SILVIA OCHOA-GONZALEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   Plaintiff's unopposed motion for time, filing 49, is granted and the deadline to file a responsive brief is extended to August 31, 2007.

   DATED this 27th day of August, 2007.

                             BY THE COURT:

                             s/ David L. Piester
                             David L. Piester
                             United States Magistrate Judge