IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3177 |
| ) | |
| SILVIA OCHOA-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the post-hearing briefing deadline in the above captioned case, filing 79. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that each party shall file its post-hearing brief no later than October 31, 2007.  Reply briefs, if any, should be filed no later than November 7, 2007.

Dated this 22nd day of October, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge