IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:06CR3177 |
| ) | |
| SILVIA OCHOA-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the deadline for filing an objection to Judge Piester's Report and Recommendation, filing 85. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall have until January 2, 2008, to file an objection to Judge Piester's Report and Recommendation.

Dated this 21st day of December, 2007.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge