IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SILVIA OCHOA-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the unopposed motion to release appearance and compliance bond (filing 127) is granted to the extent that the Clerk of Court is directed to refund the bond proceeds to the person who posted it as shown by the Clerk's office records.

January 26, 2009.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge