IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3177 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| SILVIA OCHOA-GONZALEZ, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I conferred with counsel today regarding the reversal of this case and the filing of the mandate. With the agreement of counsel,

IT IS ORDERED that:

(1) A status conference in this matter will be held on May 27, 2010, at 12:00 noon., in Courtroom No. 1.

(2) The United States Marshal shall return the defendant to the district for attendance at the status conference.

(3) Given the time the defendant has already served, the court requests that the government consider whether to dismiss this case or otherwise agree to a disposition that would result in a time served sentence. Counsel for the government shall be prepared to address this question at the status conference.

DATED this 23rd day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge