IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3177 |
| | ) | |
| V. | ) | |
| | ) | |
| SILVIA OCHOA-GONZALEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government has moved to review the Order Setting Conditions for Release of Defendant, Silvia Ochoa-Gonzalez. The Court has been advised that the defendant is currently being held by Immigration and Customs Enforcement and that an Order for Deportation has been executed. The government has asked that Immigration and Customs Enforcement hold off deportation until the United States has reviewed the Order Setting Conditions for Release.

IT IS ORDERED:

1) That the Motion to Review Order Setting Conditions for Release (Filing No. 148), is granted.

2) That a hearing on the Defendant's Conditions for Release is set for Friday, June 18, 2010 at 10:30 a.m.

3) The defendant, her counsel, and counsel for the government shall appear at this hearing.

DATED this 16th day of June, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge