IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  4:06cr3177 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| SILVIA OCHOA-GONZELEZ, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Government's Exhibits 1, 2, and 3 from Motion to Suppress Hearings held 9/25/2007 and 10/9/2007

Defendant's Exhibits 101 & 102 from Motion to Suppress Hearings held 9/25/2007 and 10/9/2007

Government's Exhibits 1 and 2 from motion to review conditions of release hearing held 6/18/10

Defendant's Exhibit 101 from review of detention hearing held 6/3/10

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 12th  day of August, 2010.

s/ *Richard G. Kopf*
United States District Judge